JOHN D. NIBBELIN, COUNTY COUNSEL (SBN 184603)
By: Paul S. Sheng, Deputy (SBN 199785)
By: Karen Rosenthal, Lead Deputy (SBN 209419)
Hall of Justice and Records
400 County Center, 6th Floor
Redwood City, CA  94063
Telephone:  (650) 363-4792
                    (650) 363-4693
Facsimile:  (650) 363-4034
E-mail:  psheng@smcgov.org
            krosenthal@smcgov.org

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ODETTE MONICA RIEGMAN,<br><br>            Plaintiff,<br><br>      vs.<br><br>COUNTY OF SAN MATEO *et al*,<br><br>            Defendants. | Case No. 20-cv-09303-JST<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>THE HONORABLE JON S. TIGAR |

Case No. 20-cv-09303-JST

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Odette Riegman and Defendants County of San Mateo, Carlos G. Bolanos, Carlos Morales, Lillian Tashiro, Brett Murphy, Ryan R. Ayers, Vivian Nguyen, Melissa Sokukawa, Allison Chen, Catherine Alfonso, Christopher Swinney, Peter Ellison, Calvin Echano, Sione Kongaika, Carol Barragan Vega, Connor Del Visco, John Sabel, Alicia Arredondo, Carolyn Cahn, Cheryl Martin, Michael Tabak, Curtis Owens, William Torres, and Miroslava Salmeron hereby stipulate, through their undersigned counsel of record, to the dismissal of the above-captioned action in its entirety, with prejudice. Parties will bear their respective fees and costs.

**IT IS SO STIPULATED.**

Date: September 13, 2022

/s/ Violet Elizabeth Grayson
Violet Elizabeth Grayson
Counsel for Plaintiff

Date: September 13, 2022

JOHN D. NIBBELIN, COUNTY COUNSEL

/s/ Karen Rosenthal
Karen Rosenthal, Lead Deputy County Counsel
Counsel for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September 14, 2022

Hon. Jon S. Tigar
United States District Court Judge